IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF OHIO
WESTERN DIVISION

| | | |
|---|---|---|
| Julius Boshko, | : | Case No. 1:25-cv-757 |
| | : | |
| Plaintiff, | : | Judge Susan J. Dlott |
| | : | |
| v. | : | **Order Dismissing Case** |
| | : | |
| Faurecia USA Holdings, Inc., *et al.*, | : | |
| | : | |
| Defendants. | : | |

On February 12, 2026, the Court granted Plaintiff's attorney's Motion to Withdraw as

Counsel and discussed Plaintiff's obligations in maintaining this action in light of his counsel's

withdraw.  The Court ordered that by thirty days from entry of its Order, Plaintiff must either

retain counsel or notify the Court if he intends to proceed *pro se* in this action.  The Court also

directed Plaintiff to contact chambers if a continuance was needed.  The Court's Order stated:

> The Court verified that Mr. Boshko is aware of his obligations in this case going
> forward.  Mr. Boshko intends to retain new counsel and requested thirty days to
> do so.  Mr. Boshko is to call chambers at 513-564-7630 if he has not retained new
> counsel within thirty days of entry of this Order and to advise the Court if he
> intends to seek a continuance for the purpose of retaining counsel.  The Court also
> places Mr. Boshko on notice that if he does not timely retain counsel and chooses
> not to proceed *pro se*, his case will be subject to dismissal.

(Doc. 15.)  Plaintiff failed to comply with the Court's deadlines, demonstrating failure to

prosecute this action.  Accordingly, on April 2, 2026, the Court ordered Plaintiff to show cause

as to why this case should not be dismissed.  In its April 2, 2026 Order, the Court stated:

> Plaintiff is hereby **ORDERED TO SHOW CAUSE IN WRITING WITHIN
> FOURTEEN DAYS OF ENTRY OF THIS ORDER why this action should
> not be dismissed without prejudice.  Failure to show cause will result in
> dismissal of this action.**  The Clerk of Court is **DIRECTED** to serve Plaintiff at
> the following address: Julius Boshko, 1727 Central Ave, Apt #2, Middletown, OH
> 45044.

(Doc. 16 at PageID 111–12) (emphasis in original).  Plaintiff failed to respond or otherwise attempt to prosecute this action.  Because Plaintiff failed to show cause as to why this case should not be dismissed without prejudice, the Court **DISMISSES WITHOUT PREJUDICE THIS ACTION FOR WANT OF PROSECUTION.**  The Clerk of Court is **DIRECTED** to serve Plaintiff at the following address: Julius Boshko, 1727 Central Ave, Apt #2, Middletown, OH 45044.

  **IT IS SO ORDERED**.


Dated:  May 7, 2026     S/Susan J. Dlott_____
           Judge Susan J. Dlott
           United States District Court